

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00121-CV

| | | |
|---|---|---|
| TEXAS FARM BUREAU UNDERWRITERS, A TEXAS CORPORATION, Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-335023-22) |
| V. | § | April 18, 2024 |
| GUADALUPE CASTRO, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

It is further ordered that appellant Texas Farm Bureau Underwriters, a Texas Corporation, shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack